UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80801-CIV-DIMITROULEAS

ISSAC ABDINOOR,

    Plaintiff,
v.

LEWIS RENTAL PROPERTIES LIMITED
PARTNERSHIP,

    Defendant.
_____/

## ORDER GRANTING MOTION BY DEFAULT

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss [DE 16], (the "Motion"), filed herein on July 24, 2020. The Court has carefully considered the Motion [DE 16] and is otherwise fully advised in the premises.

In the Motion, Defendant argues that Complaint should be dismissed for failing to state a claim upon which relief may be granted. Defendant argues that Plaintiff fails to allege any nexus between the alleged website and a physical space of public accommodation. In addition, Defendant argues that supposed non-compliant website does not exist and did not exist at the time Defendant was served with process in this action.

Plaintiff failed to timely file a response to the Motion. *See* S.D. Fla. L.R. 7.1(c)(1). On August 10, 2020, the Court issued an Order warning Plaintiff that failure to file a response by August 17, 2020 would result in the Court granting the Motion to Dismiss [DE 16] by default. *See* [DE 18]. The Court has not received any response.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 16] is hereby **GRANTED**;

1

2. The Complaint is hereby **DISMISSED**;

3. The Court will separately issue a final judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of August, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record