UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80801-CIV-DIMITROULEAS

ISSAC ABDINOOR,

    Plaintiff,

v.

LEWIS RENTAL PROPERTIES LIMITED PARTNERSHIP,

    Defendant.

_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Order Granting Motion by Default, entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1.    This case is **DISMISSED**;

2.    The Clerk is hereby directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of August, 2020.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record