UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80801-CIV-DIMITROULEAS

ISSAC ABDINOOR,

    Plaintiff,
v.

LEWIS RENTAL PROPERTIES LIMITED
PARTNERSHIP,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Defendant's Motion for Rule 11 Sanctions [DE 17], the Magistrate Judge Matthewman's Order Granting in Part Defendant's Motion for Rule 11 Sanctions [DE 24], Defendant's Affidavit of Attorneys' Fees and Costs[DE 25-1], and Defendant's Affidavit of Reasonable Attorneys' Fees [DE 25-2], and the Report and Recommendation of Magistrate Judge Matthewman [DE 26] (the "Report"), dated November 3, 2020. The Court notes that no objections to the Report [DE 26] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 26] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 26] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that Defendant Lewis Renal Properties Limited Partnership should be awarded its attorneys' fees pursuant to Rule 11 in the amount of $5,080.00 against Plaintiff's counsel, Morgan J. McGrath and that interest be applied at the appropriate statutory rate.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 26] is hereby **ADOPTED** and **APPROVED**;

2. Sanctions are entered against Morgan J. McGrath in favor of Defendant Lewis Rental Properties Limited Partnership in the amount of $5,800 and interest at the appropriate statutory rate, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record